STATE of Missouri, Respondent,

v.

Richard Wesley WILLIAMS, Appellant.

No. WD 73962.

Missouri Court of Appeals,
Western District.

Dec. 18, 2012.

Todd T. Smith, for respondent.

Margaret M. Johnston, Jefferson City, MO, for appellant.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, ALOK AHUJA, Judge and MARK D. PFEIFFER, Judge.

## *ORDER*

PER CURIAM:

Appellant Richard W. Williams appeals from his conviction of one count of murder in the first degree, § 565.020, and one count of armed criminal action, § 571.015. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**

■

STATE of Missouri, Respondent,

v.

Chad A. SEARS, Appellant.

No. WD 74130.

Missouri Court of Appeals,
Western District.

Dec. 18, 2012.

Alexa Pearson, Columbia, MO, for Appellant.

Evan Buchheim, Jefferson City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Chad A. Sears appeals from the trial court's judgment convicting him of possession of child pornography, section 573.037, and sentencing him to twelve years. Mr. Sears challenges the sufficiency of the evidence supporting his jury conviction, the trial court's failure to grant a mistrial, and the trial court's failure to sustain his objections to the admission of evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).